tleblower Protection Act, D.C.Code § 1–615.51 *et seq.*, and committed intentional infliction of emotional distress. The district court granted summary judgment to the District on the First Amendment claim and, having dismissed the only Federal claim, declined to exercise supplemental jurisdiction over the two remaining claims. On appeal, Appellant failed to articulate any discernible theory of how the district court erred in granting summary judgment on the First Amendment claim. Having dismissed the First Amendment claim, the district court had discretion over whether to exercise supplemental jurisdiction over the two claims under District of Columbia law. *Shekoyan v. Sibley Int'l,* 409 F.3d 414, 423 (D.C.Cir.2005). Declining to do so in this instance was not an abuse of discretion.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

Gheorghe Croitoru, York, PA, pro se.

BEFORE: ROGERS, GRIFFITH, and KAVANAUGH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 27, 2009 be affirmed, as appellant does not address or refute the court's holding that his action is barred by 8 U.S.C. § 1252(g).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

**Gheorghe CROITORU, Appellant**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States and Office of the Executive Secretary, Department of Homeland Security, Appellees.**

No. 09–5442.

United States Court of Appeals, District of Columbia Circuit.

Oct. 21, 2010.

**Howard SCHWARZMAN, Petitioner**

v.

**NATIONAL TRANSPORTATION SAFETY BOARD and Federal Aviation Administration, Respondents.**

No. 09–1221.

United States Court of Appeals, District of Columbia Circuit.

Oct. 25, 2010.